IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>v.  )<br>  )<br>ROY L. NOREY,  )<br>  )<br>       Defendant.  ) | Case No. 19-03022-01-CR-S-RK |

**ORDER**

Now pending before the Court are Defendant's *pro se* motions for a rehearing, (doc. 55), and to reconsider his request for bond (doc. 58) filed without the assistance of his attorney. The Court ordinarily does not consider pro se motions filed by represented parties. See *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (the "district court has no obligation to entertain pro se motions filed by a represented party"); see also *United States v. Thompson*, 2018 WL 3398164, at *1 (W.D. Mo. July 12, 2018). At the time Defendant filed these motions, he was represented by counsel. Defendant nevertheless requested this court to consider his request for bond pro se because his attorney had requested to withdraw. He also filed a pro se request for appointment of new counsel, (doc. 59), which was found moot when the Court granted his former counsel's motion to withdraw and immediately appointed new counsel on April 20, 2020. (Docs. 60 & 61.) Further on February 27, 2019, the Court entered a Scheduling and Trial Order, specifically instructing that pro se filings will not be accepted by defendants who are represented by counsel. (Doc. 17, § VI). Because the Court has appointed counsel in this matter, the motion is **DENIED without prejudice**. Any request of the Court must be raised by and through Defendant's attorney.

    IT IS SO ORDERED.

DATE:  April 22, 2020

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE